**Order entered September 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00999-CV

**GREGORY CARL MORSE, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00127-2017**

## ORDER

Before the Court is the September 17, 2018 request of the Collin County Clerk Stacey Kemp for an extension of time to file the supplemental clerk's record requested by this Court. The supplemental clerk's record was filed on September 18, 2018. Accordingly, we **DENY** the request as moot.

/s/     DAVID EVANS
        JUSTICE